1  Robert W. Biederman (State Bar No. 177321)
   Jeffrey H. Lowenthal (State Bar No. 111763)
2  Robert W. Biederman (State Bar No. 177321)
   STEYER LOWENTHAL BOODROOKAS
3   ALVAREZ & SMITH LLP
   One California Street, Third Floor
4  San Francisco, California 94111
   Telephone:  (415) 421-3400
5  Facsimile:  (415) 421-2234
   E-mail:     jlowenthal@steyerlaw.com
6              rbiederman@steyerlaw.com

7  John C. Steele (State Bar No. 179875)
   Tanya C. McCullah (State Bar No. 279614)
8  ZIEVE, BRODNAX & STEELE, LLP
   30 Corporate Park, Suite 450
9  Irvine, CA 92606
   Telephone:  (714)848-7920
10 Facsimile:  (714) 908-2615
   Email:     jsteele@zbslaw.com
11             tmccullah@zbslaw.com

12 Attorneys for Defendants
   Bank of New York Mellon, as Trustee for Certificate-Holders
13 of the CWALT, Inc. Alternative Loan Trust 2007-HY4
   Mortgage Pass-Through Certificates Series 2007-HY4 and
14 Bayview Loan Servicing, LLC

15                         UNITED STATES DISTRICT COURT

16                         NORTHERN DISTRICT OF CALIFORNIA

17                              OAKLAND DIVISION

| | |
|---|---|
| JANEECE FIELDS, as Trustee of the JANEECE FIELDS REVOCABLE LIVING TRUST,<br><br>               Plaintiff,<br>    v.<br><br>BANK OF NEW YORK MELLON, AS TRUSTEE FOR CERTIFICATE-HOLDERS OF THE C-WALT, INC. ALTERNATIVE LOAN TRUST 2007-HY4 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HY4; BAYVIEW LOAN SERVICING, LLC; ZIEVE, BRODNAX & STEELE, LLP; DOES 1-10,<br><br>               Defendants. | Case No. 3-17-cv-00272-JST<br><br>Hon. Jon S. Tigar<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE TO MOTION TO DISMISS AND REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Date: March 16, 2017<br>Time: 2:00 p.m.<br>Ctrm: Ralph Burton Federal Building, Courtroom 9, 19th Floor<br>Address: 450 Golden Gate Avenue, San Francisco, CA 94102 |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE TO MOTION TO
DISMISS AND REPLY IN SUPPORT OF MOTION TO DISMISS                CASE NO. 4-17-CV-00272
1558321.1 - F.JFIELDS

Pursuant to Local Rules 6-2 and 7-12, plaintiff Janeece Fields, as trustee of the Janeece Fields Revocable Trust ("plaintiff") and defendants Bank of New York Mellon, as Trustee for Certificate-Holders of the CWALT, Inc. Alternative Loan Trust 2007-HY4 Mortgage Pass-Through Certificates Series 2007-HY4 and Bayview Loan Servicing, LLC (defendants") (plaintiff and defendants shall be referred to as the "parties") stipulate as follows:

### STIPULATION

1. On January 26, 2017, defendants filed a motion to dismiss for failure to state a claim upon which relief can be granted. Pursuant to Local Rule 7.3(a), plaintiff's opposition is due on February 9, 2017 and defendants' reply is due on February 16, 2017. A hearing on the motion to dismiss has been scheduled on March 16, 2017.

2. Based upon the issues raised in the motion to dismiss, plaintiff requested a one week extension to February 16, 2017 to file an opposition, and offered defendants a like extension to March 2, 2017 to file a reply.

3. There have been no previous extensions in this case.

4. Because the hearing on the motion to dismiss is now scheduled on March 16, 2017, the parties are informed and believe that the extensions will not impose an undue burden on the Court.

5. Based upon the above, the parties stipulate that plaintiff shall have until February 16, 2017 to file an opposition to the motion to dismiss, and defendants shall have until March 2, 2017 to file a reply.

Janeece Fields, as Trustee of the
Janeece Fields Revocable Trust,
Plaintiff

*J. Fields*   2/3/2017
Janeece Fields

---

1
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE TO MOTION TO
DISMISS AND REPLY IN SUPPORT OF MOTION TO DISMISS                CASE NO. 4-17-CV-00272
1558321.1 - F.JFIELDS

1  Steyer Lowenthal Boodrookas Alvarez
2  & Smith LLP

3  _____
   Jeffrey H. Lowenthal
4  Robert W. Biederman
   Attorneys for Defendants
5
   Zieve Brodnax & Steele, LLP
6
   _____
7  John C. Steele
   Tanya C. McCullah
8  Attorneys for Defendant
9

10    PURSUANT TO STIPULATION, IT IS SO ORDERED:

11
12 DATED:    February 6   , 2017           _____
                                           The Honorable Jon S. Tigar
13                                         United States District Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSE TO MOTION TO
DISMISS AND REPLY IN SUPPORT OF MOTION TO DISMISS      CASE NO. 4-17-CV-00272
1558321.1 - F.JFIELDS